Mr. Justice Barnes delivered the opinion of the court.

---

C. M. Mason, appellee, v. Chicago, Burlington & Quincy Railway Company, appellant. Gen. No. 26,866.

Action for damages resulting from delay in transportation of livestock. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding.

Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed March 21, 1922.

J. A. Connell and Sidney F. Blanc, for appellant; Bruce Scott, of counsel. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.